UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCUIRE, LLC,<br><br>　　　　　Plaintiff.<br><br>　　v.<br><br>PROMAX BUILDERS, INC.,<br><br>　　　　　Defendant. | Case No. 18-cv-07589-JCS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on March 22, 2019, before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff and Defendant shall appear on **April 12, 2019, at 10:00 a.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom D, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for failure to appear at the case management conference on March 22, 2019, for failure to prosecute, and for failure to comply with the Court's Order of December 28, 2018. A case management conference is also scheduled for **April 12, 2019**, **at 10:00 p.m.**

IT IS SO ORDERED.

Dated: March 26, 2019

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　United States Magistrate Judge