UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCUIRE, LLC,<br><br>    Plaintiff.<br><br>v.<br><br>PROMAX BUILDERS, INC.,<br><br>    Defendant. | Case No. 18-cv-07589-JCS<br><br>**ORDER TO SHOW CAUSE** |

    IT IS HEREBY ORDERED that Plaintiff and Defendant shall appear on **June 14, 2019, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed as the parties have settled this case.

    IT IS SO ORDERED.

Dated: May 20, 2019

                                                                      JOSEPH C. SPERO<br>
                                                                       Chief Magistrate Judge